IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANTONIA GRATTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-17-CA-053-FB |
| § | |
| METROPOLITAN LLOYDS INSURANCE § | |
| COMPANY OF TEXAS and TERRI § | |
| NEWBERRY, § | |
| § | |
| Defendants. § | |

### *ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT*

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure on July 5, 2017 (docket #13). The parties have reached a compromise and settlement regarding the claims in this lawsuit, and as a result, the plaintiff seeks to dismiss with prejudice all claims and causes of action asserted against the defendants with prejudice with all costs adjudged against the party incurring same.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted against the defendants in the above styled and numbered cause are DISMISSED WITH PREJUDICE with all costs to be borne by the party incurring same. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 5th day of July, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE